UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ARIEL R. COOK,                                   ) Case No. CV 11-1173 CAS (MRW)
                          Petitioner,            )
                                                 )
              vs.                                ) ORDER ACCEPTING FINDINGS AND
                                                 ) RECOMMENDATIONS OF
JOHN MARSHALL, WARDEN,                            ) UNITED STATES MAGISTRATE
                                                 ) JUDGE
                          Respondent.            )
                                                 )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records
on file, and the Report and Recommendation of the United States Magistrate
Judge.  Further, the Court has engaged in a de novo review of those portions of the
Report to which Petitioner has objected.  The Court accepts the findings and
recommendation of the Magistrate Judge.

        IT IS ORDERED that Judgment be entered granting the motion to dismiss
the Petition and dismissing this action with prejudice.

DATE:  August 9, 2011               _____
                                    HON. CHRISTINA A. SNYDER
                                    UNITED STATES DISTRICT JUDGE