# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL R. COOK, | Case No. CV 11-1173 CAS (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| JOHN MARSHALL, WARDEN, | |
| Respondent. | |

Pursuant to this Court's Order,

IT IS ADJUDGED that the motion to dismiss the Petition is GRANTED and the action is dismissed with prejudice.

DATE: August 9, 2011

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE