# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-1173 CAS (MRW) | Date | June 1, 2017 |
|---|---|---|---|
| Title | Cook v. Marshall | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

    1.    Petitioner failed to respond to a notice regarding this case sent to his current mailing address. (Docket # 33.) As a result, the Court has no information as to how he wishes to proceed with this action – or whether he even wants to.

    2.    In the interests of justice, the Court will give him one final opportunity to participate in this case. Petitioner is ordered to show cause why this action should not be dismissed for failure to prosecute pursuant to Rule 41. Petitioner's response to this OSC <u>and</u> his substantive statement regarding his intention for the case will be due by June 16. If he fails to comply, the Court will recommend dismissal of this action.